IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ST. CHRISTOPHER ASSOCIATES | : | |
| LIMITED PARTNERSHIP | : | CIVIL NO. |
| | : | 3:01 CV 87 (RNC) |
| v. | : | |
| | : | |
| MEL MARTINEZ, SECRETARY OF | : | |
| U.S. DEPARTMENT OF HOUSING | : | |
| AND URBAN DEVELOPMENT | : | June 16, 2004 |

**PLAINTIFF'S MOTION TO WITHDRAW IT'S MOTION TO RE-OPEN CASE
AND TO AMEND COMPLAINT**

St. Christopher Associates Limited Partnership (the "Plaintiff") by its attorneys, Bingham McCutchen LLP, hereby moves to withdraw its Motion to Re-Open Case and to Amend Complaint, filed September 24, 2003 {Docket No. 22}, without prejudice to its ability to re-file its motion at a later date.

Dated at Hartford, Connecticut this 16th day of June, 2004.

                                                **PLAINTIFF,
ST. CHRISTOPHER ASSOCIATES
LIMITED PARTNERSHIP**

                                                By: /s/ Gregory W. Nye
                                                      Gregory W. Nye (ct 06628)
                                                        Bingham McCutchen LLP
                                                        One State Street
                                                        Hartford, Connecticut 06103
                                                        (860) 240-2700
                                                        (860) 240-2818 (facsimile)
                                                        Its Attorneys

## **CERTIFICATION**

This certifies that a copy of the foregoing Motion to Withdraw Motion to Re-Open Case and to Amend Complaint has been served this 16th day of June, 2004 via first-class mail, postage prepaid, to the following counsel of record:

William a. Collier, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
450 Main Street
Hartford, Connecticut  06103

        /s/ Gregory W. Nye
        Gregory W. Nye