UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ST. CHRISTOPHER ASSOCIATES<br>LIMITED PARTNERSHIP, | :<br>:<br>: | |
| Plaintiff, | : | CIVIL NO. 3:01CV87(RNC) |
| | : | |
| v. | :<br>: | |
| MEL MARTINEZ, SECRETARY OF<br>UNITED STATES DEPARTMENT OF<br>HOUSING AND URBAN DEVELOPMENT, | :<br>:<br>: | |
| | : | |
| Defendant. | : | JUNE 18, 2004 |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO
WITHDRAW MOTION TO RE-OPEN CASE AND AMEND COMPLAINT**

The defendant, the Secretary of the Department of Housing and Urban Development, has no objection to the plaintiff's motion to withdraw, without prejudice, its Motion to Re-Open Case and to Amend Complaint, filed on September 24, 2003.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    WILLIAM A. COLLIER (ct00986)
    ASSISTANT U.S. ATTORNEY
    450 MAIN STREET, ROOM 328
    HARTFORD, CT 06103
    (860) 947-1101
    william.collier@usdoj.gov

## **CERTIFICATION OF SERVICE**

      I certify that a copy of the foregoing was served via first-class mail, postage prepaid, on the 18th day of June, 2004, on:

Gregory W. Nye, Esq.
Bingham McCutchen LLP
One State Street
Hartford, CT 06103

 

_____
WILLIAM A. COLLIER
ASSISTANT U.S. ATTORNEY