IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ST. CHRISTOPHER ASSOCIATES
LIMITED PARTNERSHIP

v.

MEL MARTINEZ, SECRETARY OF
U.S. DEPARTMENT OF HOUSING
AND URBAN DEVELOPMENT

CIVIL NO.
3:01 CV 87 (RNC)

June 16, 2004

**PLAINTIFF'S MOTION TO WITHDRAW IT'S MOTION TO RE-OPEN CASE
AND TO AMEND COMPLAINT**

St. Christopher Associates Limited Partnership (the "Plaintiff") by its attorneys, Bingham McCutchen LLP, hereby moves to withdraw its Motion to Re-Open Case and to Amend Complaint, filed September 24, 2003 {Docket No. 22}, without prejudice to its ability to re-file its motion at a later date.

Dated at Hartford, Connecticut this 16th day of June, 2004.

PLAINTIFF,
ST. CHRISTOPHER ASSOCIATES
LIMITED PARTNERSHIP

By: _____
Gregory W. Nye (ct 06628)
Bingham McCutchen LLP
One State Street
Hartford, Connecticut 06103
(860) 240-2700
(860) 240-2818 (facsimile)
Its Attorneys

CTDOCS/1593238.1